PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Abram.S.Feuerstein@usdoj.gov

**FILED & ENTERED**

**SEP 02 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MARIANA DANIEL,<br><br>　　　Debtor.<br>―――――――――――――――<br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARIANA DANIEL,<br><br>　　　Defendant. | Case No. 6:15-bk-18789-MJ<br><br>Chapter 7<br><br>Adversary No. 6:16-ap-01049-MJ<br><br>**FINAL JUDGMENT REVOKING DISCHARGE** |

-1-

Pursuant to the *Order Granting Motion for Default Judgment Under LBR 7055-1*, docket number 16, final judgment is entered in favor of the plaintiff, the United States Trustee for the Central District of California, Region 16 (the "Plaintiff"), against the defendant, Mariana Daniel (the "Defendant") as to all claims for relief.

The Defendant's discharge is hereby revoked pursuant to 11 U.S.C. § 727(d)(1) and (2). The parties shall bear their own fees and costs.

###

Date: September 2, 2016

Meredith A. Jury
United States Bankruptcy Judge