D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MARIANA DANIEL,<br><br>Debtor. | Case No. 6:15-bk-18789-MJ<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that A. Cisneros, Chapter 7 Trustee (“Trustee”) for the Bankruptcy Estate of Mariana Daniel (“Estate”), has filed an application for authorization to employ Steven M. Speier and GlassRatner Brokerage Services, Inc. (“Broker”) as the Trustee’s real estate agent (“Agent”) in this bankruptcy case (“Application”). In support, the Trustee respectfully represents as follows:

On September 2, 2015 (“Petition Date”), Debtor filed a voluntary petition under Chapter 7 of Title 11 the United States Code. On the same day, A. Cisneros was appointed as Chapter 7 Trustee of the Estate.

/ / /

Debtor did not schedule any interest in real property in her Schedule A and testified under oath during her meeting of creditors that she did not own real property.

On September 14, 2015, Debtor's bankruptcy case was randomly selected for audit.

On October 12, 2015, the Trustee filed a Report of No Distribution.

On December 14, 2015, the Court entered Debtor's Order of Discharge and closed the bankruptcy case on December 24, 2015.

On January 21, 2016, the auditor issued a report indicating that the Debtor may have an ownership interest in the real property commonly known as 24370 Ironwood Ave., Moreno Valley, CA 92557 ("Property").

On February 23, 2016, the U.S. Trustee ("UST") filed an Ex Parte Motion to Reopen Chapter 7 Bankruptcy Case. On the same day, the Court granted the UST's ex Parte Motion.

On March 3, 2016, the Trustee filed a Notice of Assets and Possible Dividend.

The Trustee believes there is substantial equity in the Property and that the Property should be administered for the benefit of creditors of the Estate. In order to effectively market the Property, Trustee has solicited the assistance of Agent who is a licensed real estate agent. Agent, on behalf of Trustee, has examined information related to the Property and has agreed to advertise the Property at Agent's expense, to show the Property to interested parties, to represent the Estate as seller in connection with the sale of the Property, and to advise Trustee with respect to obtaining the highest and best possible offers available. Based on the foregoing, Trustee desires to employ Steven M. Speier of GlassRatner Brokerage Services, Inc. as the Estate's real estate agent to procure and submit to Trustee offers to purchase the Property pursuant to the terms of a listing agreement and addendum ("Listing Agreement") in substantially the form as attached to the Application as Exhibit "1."

In consideration for such services, subject to further application and Court order, the Agent will receive, upon consummation of a sale, a real estate agent's commission in an amount equal to 6% of the purchase price. Agent understands that such commission will be an administrative expense of the Estate.

Agent has been informed and understands that no sale of the Property may be consummated until after a notice to creditors with the opportunity for a hearing and entry of a Court order approving any proposed sale.

Agent is aware of the provisions of Bankruptcy Code Section 328(a) and has agreed, notwithstanding the terms and conditions of employment set forth the Listing Agreement, that the Court may ultimately allow different compensation if the terms and conditions of the Listing Agreement prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

The complete scope and terms of the employment are detailed in the Application a copy of which can be obtained by contacting Chad V. Haes whose contact information is listed in the top left-hand corner of this Notice. The Application is based on 11 U.S.C. § 327.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b) 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Marshack Hays LLP to the attention of Chad V. Haes at the address indicated above and served on the Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501-3255. Failure to timely respond may be deemed as acceptance of the proposed employment. *See* Local Bankruptcy Rules 9013-1(h).

Dated: February 9, 2017

MARSHACK HAYS LLP

By: */s/ Chad V. Haes*
RICHARD A. MARSHACK
CHAD V. HAES
Attorneys for Chapter 7 Trustee
A. CISNEROS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 9, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com
- ATTORNEY FOR DEBTOR: Michael H Colmenares mhcandrmt@aol.com, solucioneslegale@aol.com
- U.S. TRUSTEE: Abram Feuerstein abram.s.feuerstein@usdoj.gov
- ATTORNEY FOR TRUSTEE: Chad V Haes chaes@marshackhays.com, ecfmarshackhays@gmail.com
- ATTORNEY FOR TRUSTEE: D Edward Hays ehays@marshackhays.com, ecfmarshackhays@gmail.com
- U.S. TRUSTEE: Jason K Schrader jason.K.Schrader@usdoj.gov
- U.S. TRUSTEE: Mohammad Tehrani Mohammad.V.Tehrani@usdoj.gov
- U.S. TRUSTEE: United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 9, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service on Judge not required

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 9, 2017 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com
- ATTORNEY FOR DEBTOR: Michael H Colmenares mhcandrmt@aol.com, solucioneslegale@aol.com
- U.S. TRUSTEE: Abram Feuerstein abram.s.feuerstein@usdoj.gov
- ATTORNEY FOR TRUSTEE: Chad V Haes chaes@marshackhays.com, ecfmarshackhays@gmail.com
- ATTORNEY FOR TRUSTEE: D Edward Hays ehays@marshackhays.com, ecfmarshackhays@gmail.com
- U.S. TRUSTEE: Jason K Schrader jason.K.Schrader@usdoj.gov
- U.S. TRUSTEE: Mohammad Tehrani Mohammad.V.Tehrani@usdoj.gov
- U.S. TRUSTEE: United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: continued:

**DEBTOR**
MARIANA DANIEL
24370 IRONWOOD AVE
MORENO VALLEY, CA 92557-7206

**CREDITOR**
06 INFINITY INSUANCE COMPANY
C/O CREDIT COLLECTION SERVICE
P.O.BOX 9134
NEEDHAM HEIGHTS, MA 02494-9134

**CREDITOR**
ALASKA USA FEDERAL CREDIT UNION
PO BOX 196020
ANCHORAGE, AK 99519-6020

**CREDITOR / POC ADDRESS**
ALASKA USA FEDERAL CREDIT UNION
PO BOX 196200
ANCHORAGE, AK 99519-6200

**CREDITOR**
AMERICAN EXPRESS
POST OFFICE BOX 0001
LOS ANGELES, CA 90096-8000

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

**CREDITOR**
ANGELA A. VELEN
3835 EAST THOUSAND OAKS BLVD
SUITE R349
THOUSAND OAKS, CA 91362-3637

**CREDITOR**
CAP1/BSTBY
PO BOX 5253
CAROL STREAM, IL 60197-5253

**CREDITOR**
CMRE FINANCIAL
3075 E. IMPERIAL HW STE 200
ATWOOD, CA 92811

**CREDITOR / POC ADDRESS**
DISCOVER BANK
DISCOVER PRODUCTS INC
P.O. BOX 3025
NEW ALBANY OHIO 43054-3025

**CREDITOR**
DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

**CREDITOR**
GATEWAY ONE LENDING & FI
3818 E CORONADO ST STE 100
ANAHEIM, CA 92807-1620

**CREDITOR**
GECRB/JC PENNEY
PO BOX 965001
ORLANDO, FL 32896-5001

**CREDITOR**
MACY'S
P.O. BOX 4562
CAROL STREAM, IL 60197-4562

**CREDITOR**
MED 1 02 RIVERSIDE COUNTY REGIONAL
C/O PHYSICIANS AND DENTIST
12720 GATEWAY DR. SUITE 206
SEATTLE, WA 98168-3333

**CREDITOR**
PORTFILIO RECOVERY ASSOCIATES
120CORPORATE BLVD, SUITE 100
NORFOLK, VA 23502-4952

**CREDITOR / POC ADDRESS**
PORTFOLIO RECOVERY ASSOCIATES LLC
C/O JCPENNEY
PO BOX 41067
NORFOLK VA 23541-1067

**CREDITOR**
TRANSWORLD SYSTEM INC
8885 RIO SAN DIEGO DRIVE #107
SAN DIEGO, CA 92108-1625

**CREDITOR**
WELLS FARGO BANK
PO BOX 173853
DENVER, CO 80217-3853

**CREDITOR / POC ADDRESS**
WELLS FARGO BANK NA
PO BOX 10438
DES MOINES IA 50306-0438

**CREDITOR / POC ADDRESS**
WELLS FARGO CARD SERVICES
1 HOME CAMPUS 3RD FLOOR
DES MOINES, IA 50328-0001

**CREDITOR**
WFFNATBANK
PO BOX 94498
LAS VEGAS, NV 89193-4498